Robert C. Ransom, Appellant, v. Frank Kosta and Joseph Kosta, Trading as Kosta Brothers, Appellees.

Gen. No. 43,547.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Robert C. Ransom, *pro se;* Ring, Uhlir & Cuchna, for appellees. Opinion by JUSTICE O'CONNOR. Not to be published in full.